**ORIGINAL**

| | |
|---|---|
| 1  Roger P. Heyman (State Bar No. 046798)<br>   James K. T. Hunter (State Bar No. 073369)<br>2  HEYMAN • DENSMORE LLP<br>   21550 Oxnard Street, Suite 450<br>3  Woodland Hills, California 91367<br>   Telephone: 818.703.9494<br>4  Facsimile:  818.703.9495<br><br>5  Attorneys for Permasteelisa North America Corp. | FILED<br><br>JUL 3 0 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION  **JCS**

| | |
|---|---|
| UNITED STATES of AMERICA for the Use and Benefit of PERMASTEELISA NORTH AMERICA CORP., fdba PERMASTEELISA CLADDING TECHNOLOGIES, L.P., fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD. and PERMASTEELISA NORTH AMERICA CORP., fdba PERMASTEELISA CLADDING TECHNOLOGIES, L.P., fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY; and DOES 500 through 510, inclusive,<br><br>Defendants. | CIVIL ACTION NO.:   CV 08 3664<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

HEYMAN • DENSMORE LLP

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Z:\Clients\Permasteelisa\San Fran Fed Case\PISA Complt\Pleadings\Certification.doc

| | |
|---|---|
| 1 | Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the |
| 2 | named parties, there is no such interest to report. |

Dated: July 28, 2008                    HEYMAN • DENSMORE LLP

By _____
ROGER P. HEYMAN
Attorneys for Permasteelisa North America Corp.