1  Roger P. Heyman (State Bar No. 046798)
   James K. T. Hunter (State Bar No. 073369)
2  HEYMAN • DENSMORE LLP
   21550 Oxnard Street, Suite 450
3  Woodland Hills, California 91367
   Telephone: 818.703.9494
4  Facsimile: 818.703.9495

5  Attorneys for Permasteelisa North America Corp.

6

7

8               IN THE UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  UNITED STATES of AMERICA for the Use and Benefit of WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, and WEBCOR CONSTRUCTION, INC. dba WEBCOR BUILDERS, | CIVIL ACTION NO.: 3:07-CV-02564-CRB |
| 12 | [PROPOSED] ORDER REASSIGNING RELATED CASE (*CIVIL L.R.* 3-12(b)) |
| 13 | |
| 14             Plaintiffs, | JUDGE: Hon. Charles R. Breyer, Courtroom 8 |
| 15       vs. | |
| 16  DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, | |
| 19             Defendants. | |
| 20  AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| 23             Third Party Plaintiffs, | |

24

25

26

27

28

HEYMAN • DENSMORE LLP

[PROPOSED] ORDER REASSIGNING RELATED CASE
Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\Proposed Order Reassign Related Case.doc

| | |
|---|---|
| 1 | vs. |
| 2 | BOYETT CONSTRUCTION, INC., a California corporation; MARELICH MECHANICAL CO., INC., a California corporation; PERFORMANCE CONTRACTING GROUP, INC., dba PERFORMANCE CONTRACTING, INC., a Delaware corporation; PERMASTEELISA GROUP USA HOLDINGS CORP., a Delaware corporation fdba PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; PERMASTEELISA CLADDING TECHNOLOGIES L.P., a Delaware limited partnership, fbda PERMASTEELISA CLADDING TECHNOLOGIES, LTD.; ROSENDIN ELECTRIC, INC., a California corporation; THIRD PARTY DOE DEFENDANTS 1 THROUGH 20, |
| | Third Party Defendants. |

HEYMAN ▪ DENSMORE LLP

1

[PROPOSED] ORDER REASSIGNING RELATED CASE

Z:\Clients\Permasteelisa\San Fran Fed Case\Pleadings\Proposed Order Reassign Related Case.doc

1  The Court, having read and considered the Administrative Motion of PCT, plaintiff and use plaintiff in Case No. CV08-3664-JCS (the "PCT" Case), to consider whether the PCT Case is related to the above-entitled case, hereby determines the PCT Case to be related to the above-captioned case.

For the foregoing reasons and pursuant to *Civil L.R.* 3-12(b), the Court hereby orders Case No. CV08-3664-JCS reassigned to the Honorable Charles R. Breyer.

August 11, 2008

_____
Charles R. Breyer, United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER REASSIGNING RELATED CASE