IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-03664 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| DICK/MORGANTI, | |
| Defendant.                              / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, November 7, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 13, 2008                                                    FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy